B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Forever Construction, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-3890899** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**222 North Genesee Street, Suite 205**<br>**Waukegan, IL**<br>ZIP Code **60085** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Forever Construction, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **Northern District of Illinois** | Case Number: **08-29161** | Date Filed: **10/28/08** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) **Page 3**

| **Voluntary Petition** | Name of Debtor(s):<br>**Forever Construction, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Joel A. Schechter**
Signature of Attorney for Debtor(s)

**Joel A. Schechter 03122099**
Printed Name of Attorney for Debtor(s)

**Law Offices of Joel A. Schechter**
Firm Name

**53 West Jackson Blvd**
**Suite 1522**
**Chicago, IL 60604**

Address

**Email: joelschechter@covad.net**
**312-332-0267  Fax: 312-939-4714**
Telephone Number

**July 27, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jorge M. Torres**
Signature of Authorized Individual

**Jorge M. Torres**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 27, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Forever Construction, Inc.**   Case No. _____
Debtor(s)   Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Alfreda Fitzpatrick**<br>**1919 N. Lewis Avenue**<br>**Waukegan, IL 60085** | **Alfreda Fitzpatrick**<br>**1919 N. Lewis Avenue**<br>**Waukegan, IL 60085** | **alleged personal injury** | **Contingent Unliquidated Disputed** | **50,000.00** |
| **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-0001** | **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-0001** | **Credit card purchases** |  | **35,000.00** |
| **Bell Awnings, Inc.d/b/a Lk Shore Aw**<br>**c/o Thomas B. Hood**<br>**4343 Old Grand Ave., Suie 108**<br>**Gurnee, IL** | **Bell Awnings, Inc.d/b/a Lk Shore Aw**<br>**c/o Thomas B. Hood**<br>**4343 Old Grand Ave., Suie 108**<br>**Gurnee, IL** | **Services** |  | **1,688.68** |
| **Bell Heating & Air**<br>**14405 Jody Lane**<br>**Wadsworth, IL 60083** | **Bell Heating & Air**<br>**14405 Jody Lane**<br>**Wadsworth, IL 60083** | **Services** |  | **90,000.00** |
| **C & T Windows**<br>**Linder & Linder Ltd.**<br>**150 S. Wacker Drive, Suite 650**<br>**Chicago, IL 60606** | **C & T Windows**<br>**Linder & Linder Ltd.**<br>**150 S. Wacker Drive, Suite 650**<br>**Chicago, IL 60606** | **Services** |  | **7,000.00** |
| **Credit Protection Assoc., LP**<br>**400 West Lake Street, Suite 111**<br>**P.O. Box 72849**<br>**Roselle, IL 61072-0849** | **Credit Protection Assoc., LP**<br>**400 West Lake Street, Suite 111**<br>**P.O. Box 72849**<br>**Roselle, IL 61072-0849** | **Insurance Audit 2005-2006** |  | **44,500.00** |
| **Dover Building Supplies**<br>**430 Kelly Drive**<br>**Park City, IL 60085** | **Dover Building Supplies**<br>**430 Kelly Drive**<br>**Park City, IL 60085** | **Materials** |  | **22,000.00** |
| **Grubb Stake Properties II**<br>**c/o Swanson Martin & Bell LLP**<br>**2525 Cabot Drive, Suite 204**<br>**Lisle, IL 60532** | **Grubb Stake Properties II**<br>**c/o Swanson Martin & Bell LLP**<br>**2525 Cabot Drive, Suite 204**<br>**Lisle, IL 60532** | **claim for breach of articles of agreement** | **Contingent Unliquidated Disputed** | **50,000.00** |
| **Home Depot**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901-6029** | **Home Depot**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901-6029** | **Materials** |  | **55,000.00** |

Case 10-33276    Doc 1    Filed 07/27/10    Entered 07/27/10 15:40:20    Desc Main
Document      Page 5 of 10

B4 (Official Form 4) (12/07) - Cont.

In re **Forever Construction, Inc.**                                                                     Case No.
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Home Depot**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901-6029** | **Home Depot**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901-6029** | **Materials** | | **21,800.00** |
| **HSBC Business Solutions**<br>**P.O. Box 5219**<br>**Carol Stream, IL 60197-5219** | **HSBC Business Solutions**<br>**P.O. Box 5219**<br>**Carol Stream, IL 60197-5219** | **Credit card purchases** | | **30,886.27** |
| **HSBC Business Solutions**<br>**P.O. Box 5219**<br>**Carol Stream, IL 60197-5219** | **HSBC Business Solutions**<br>**P.O. Box 5219**<br>**Carol Stream, IL 60197-5219** | **Credit card purchases** | | **70,903.88** |
| **Kone, Inc.**<br>**Wiedner & McAullife, Ltd.**<br>**One North Franklin, Suite 1900**<br>**Chicago, IL 60606** | **Kone, Inc.**<br>**Wiedner & McAullife, Ltd.**<br>**One North Franklin, Suite 1900**<br>**Chicago, IL 60606** | **claim for elevator installation** | **Contingent Unliquidated Disputed** | **82,723.60** |
| **Manhardt Consulting**<br>**900 Woodland**<br>**Vernon Hills, IL 60061** | **Manhardt Consulting**<br>**900 Woodland**<br>**Vernon Hills, IL 60061** | **Services** | | **5,500.00** |
| **Norstates Bank**<br>**P.O. Box 39**<br>**Waukegan, IL 60085-0039** | **Norstates Bank**<br>**P.O. Box 39**<br>**Waukegan, IL 60085-0039** | **Mortgage lien on Galilee Park Subdivision** | | **120,000.00 (175,000.00 secured) (120,000.00 senior lien)** |
| **Sears**<br>**P.O. Box 630859**<br>**Des Moines, IA 50368-9131** | **Sears**<br>**P.O. Box 630859**<br>**Des Moines, IA 50368-9131** | **Credit card purchases** | | **3,332.00** |
| **Southport Mechanical, LLC**<br>**c/o Trobe, Babowice & Associates LL**<br>**404 West Water Street**<br>**Waukegan, IL 60085** | **Southport Mechanical, LLC**<br>**c/o Trobe, Babowice & Associates LL**<br>**404 West Water Street**<br>**Waukegan, IL 60085** | **breach of contract (amount is approximate)** | **Contingent Unliquidated Disputed** | **89,000.00** |
| **Stanphil Electric**<br>**339 Fairhaven Dr.**<br>**Winthrop Harbor, IL 60096** | **Stanphil Electric**<br>**339 Fairhaven Dr.**<br>**Winthrop Harbor, IL 60096** | **Services** | | **24,000.00** |
| **U.S.Energy**<br>**35190 Eagle Way**<br>**Chicago, IL 60678-1351** | **U.S.Energy**<br>**35190 Eagle Way**<br>**Chicago, IL 60678-1351** | **Services** | | **10,938.00** |
| **United Rental**<br>**P.O. Box 503330**<br>**Saint Louis, MO 63150-3330** | **United Rental**<br>**P.O. Box 503330**<br>**Saint Louis, MO 63150-3330** | **Services** | | **13,000.00** |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                                                                     Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re  **Forever Construction, Inc.**  
                     Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 27, 2010**　　　　　　　　　　　Signature  **/s/ Jorge M. Torres**  
　　　　　　　　　　　　　　　　　　　　　　　　　　**Jorge M. Torres**  
　　　　　　　　　　　　　　　　　　　　　　　　　　**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
Alfreda Fitzpatrick
1919 N. Lewis Avenue
Waukegan, IL 60085


American Express
Box 0001
Los Angeles, CA 90096-0001


Bell Awnings, Inc.
PO Box 450
Wadsworth, IL 60083


Bell Awnings, Inc.d/b/a Lk Shore Aw
c/o Thomas B. Hood
4343 Old Grand Ave., Suie 108
Gurnee, IL


Bell Heating & Air
14405 Jody Lane
Wadsworth, IL 60083


C & T Windows
Linder & Linder Ltd.
150 S. Wacker Drive, Suite 650
Chicago, IL 60606


Chase
400 East Main Street
CA1-4693
Stockton, CA 95202


Community Investment Corporation
222 S. Riverside Plaza, Suite 220
Chicago, IL 60606-6101


Credit Protection Assoc., LP
400 West Lake Street, Suite 111
P.O. Box 72849
Roselle, IL 61072-0849


Dover Building Supplies
430 Kelly Drive
Park City, IL 60085
```

```
Grubb Stake Properties II
c/o Swanson Martin & Bell LLP
2525 Cabot Drive, Suite 204
Lisle, IL 60532


Grubbstake Properties II
John O. Starritt, Fred N. Oreel
PO Box 3243
Madison, WI 53704-0243


Home Depot
P.O. Box 6029
The Lakes, NV 88901-6029


HSBC Business Solutions
P.O. Box 5219
Carol Stream, IL 60197-5219


Jorge & Juana Maria Torres
2912 Cypress Point
Wadsworth, IL 60083


Jorge & Juana Torres
2912 Cypress Point
Wadsworth, IL 60083


Kone, Inc.
Wiedner & McAullife, Ltd.
One North Franklin, Suite 1900
Chicago, IL 60606


Kupets & DeCaro, P.C.
30 N. LaSalle Street
Suite 4020
Chicago, IL 60602


Lake County Treasurer
18 North County Street, Suite 102
Waukegan, IL 60085-4361


Lake County Treasurer
18 N. County St.
Room 102
Waukegan, IL 60085
```

```
Libertyville Bank & Trust
507 North Milwaukee Ave.
Libertyville, IL


Manhardt Consulting
900 Woodland
Vernon Hills, IL 60061


Medardo Torres
819 Jackson
Waukegan, IL 60085


Norstates Bank
P.O. Box 39
Waukegan, IL 60085-0039


Sears
P.O. Box 630859
Des Moines, IA 50368-9131


Southport Mechanical, LLC
c/o Trobe, Babowice & Associates LL
404 West Water Street
Waukegan, IL 60085


Stanphil Electric
339 Fairhaven Dr.
Winthrop Harbor, IL 60096


Stephen A. Oakley
Hinshaw & Culbertson
222 N. LaSalle St., Suite 300
Chicago, IL 60601-1081


Stephen Martin
Martin & Mennecke
216 W. Madison Street, 2nd Floor
Waukegan, IL 60085


Traditional Concrete
PO Box 9279
Waukegan, IL 60087
```

```
U.S.Energy
35190 Eagle Way
Chicago, IL 60678-1351


United Rental
P.O. Box 503330
Saint Louis, MO 63150-3330


WAMU n/k/a JP Morgan Chase Bank
c/o John K. Kallman
221 N. LaSalle Street, Suite 1200
Chicago, IL 60601-1305


WAMU n/k/a JP Morgan Chase Bank
c/o John K. Kallman
221 N. LaSalle Street, Suie 1200
Chicago, IL 60601-1305


WAMU n/k/a JP Morgan Chase Bank
c/o John K. Kallman
221 North LaSalle Street, Ste. 1200
Chicago, IL 60601-1305


Waukegan Savings Bank
1324 Golf Road
Waukegan, IL 60087
```