IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| FOREVER CONSTRUCTION, INC., | ) | Case No. 10-33276 |
| | ) | |
| Debtor and Debtor-in-Possession. | ) | JUDGE JACK B. SCHMETTERER |
| | ) | |

AGREED FINAL ORDER PERMITTING USE OF CASH COLLATERAL
AND PROVIDING ADEQUATE PROTECTION - JPMORGAN CHASE BANK, N.A.

This matter coming on for final hearing on the Motion of Creditor, JPMorgan Chase Bank, N.A. ("JPMorgan") to Prohibit or Condition Use of Cash Collateral of the Debtor, Forever Construction, Inc. ("Debtor"), and by agreement by Debtor and JPMorgan, due notice having been given in accordance with Bankruptcy Rule 4001 and upon completion of a final hearing pursuant to Section 363 of the United States Bankruptcy Code ("Final Hearing");

**IT IS HEREBY ORDERED:**

1. Debtor and JPMorgan stipulate that the Debtor and/or the land trusts of which the Debtor is a beneficiary has entered into seven loan and collateral documents with JP Morgan as follows:

    a) Note and mortgage in the original principal amount of $305,000.00 made by Debtor and Bank of Waukegan, as Trustee. The note and mortgage are secured by property located at 1725 Sunset Avenue, Waukegan, IL and rentals and profits therefrom;

    b) Note and mortgage in the original principal amount of $482,500.00 made by Debtor and Bank of Waukegan, as Trustee. The note and mortgage are secured by property located at 2625 Cornelia Avenue, Waukegan, IL and rentals and profits therefrom;

    c) Note and mortgage in the original principal amount of $280,000.00 made by Debtor and Bank of Waukegan, as Trustee. The note and mortgage are secured by property located at 920 Grand Avenue, Waukegan, IL and rentals and profits therefrom;

    d) Note and mortgage in the original principal amount of $370,000.00 made by Debtor and Bank of Waukegan, as Trustee. The note and mortgage are secured by property located at 927 Grand, Waukegan, IL and rentals and profits therefrom;

    e) Note and mortgage In the original principal amount of $1,385,000.00 made by Debtor and Bank of Waukegan, as Trustee. The note and mortgage are secured by property located at 1206 Brookside, Waukegan, IL and rentals and profits therefrom;

    f) Note and mortgage in the original principal amount of $1,952,625.00 made by Debtor and Bank of Waukegan, as Trustee. The note and mortgage are secured by property located at 116-124 Drew, 2645 Monroe, Waukegan, IL and rentals and profits therefrom;

    g) Note and mortgage in the original principal amount of $843,750.00 made by Debtor and Bank of Waukegan, as Trustee. The note and mortgage are secured by property located at 125-129 Franklin, Waukegan, IL and rentals and profits therefrom.

Each mortgage granted JPMorgan an assignment of rents from the respective properties in which mortgage liens were conveyed.

    2. JPMorgan's Motion is granted to the following extent: Debtor is authorized to utilize cash collateral solely in accordance with this Final Order and pursuant to the Budget attached as Exhibit "A" for purposes of conducting its ordinary and necessary operations until further order of this Court. Debtor is authorized and directed and does hereby, without further act or deed, grant to JPMorgan to the extent of JPMorgan's pre-petition liens and security interests, a continuing post-petition lien and security interest on the same collateral which JPMorgan held pre-petition ("Liens").

    3. The Debtor is authorized and directed to make a monthly adequate protection payment to JPMorgan in the amount of $33,879.42 plus tax escrow payments in the amount of 1/12 of the aggregate of the 2009 real estate taxes charged against each of the above-described properties, commencing upon entry of this Order and continuing on or before the 15th day of each month after such entry until further order of this court.

    4. The provisions of this Final Order and the Liens granted hereunder shall be binding upon and inure to the benefit of JPMorgan, the Debtor and their respective successors and

assigns, including, but not limited to, any Chapter 7 or Chapter 11 Trustee hereinafter appointed as the representative of the Debtor's estate herein.

5.   Debtor shall serve, or cause to be served, a copy of this Order with attachments upon all secured creditors reflected in the public records of which Debtor is otherwise aware, the U.S. Trustee, each of the Debtor's 20 Largest Unsecured Creditors, and all creditors who have filed a request to receive notices, which mailing shall constitute adequate notice of the entry of this Final Order.

_____
Honorable Jack B. Schmetterer, Bankruptcy Judge

9/27/10

SEP 27 2010

This Final Order prepared by:
Joel A. Schechter, Esq.
Counsel for Debtor
53 West Jackson Blvd.
Suite 1522
Chicago, IL 60604
312-332-0267

3

| FOREVER CONSTRUCTION BUDGET | | | | CHASE | NON-CHASE |
|---|---|---|---|---|---|
| SALARIES | | | | | |
| | NANCY | $300X 4.3 | $ 1,300.00 | $910.00 | $390.00 |
| | PEDRO | 600 X 4.33 | $ 2,598.00 | $1,818.60 | $779.40 |
| | MARIA | | $ 2,500.00 | $1,750.00 | $1,225.00 |
| | | | | | |
| SUB'S | | | | | |
| | ORLANDO | | $ 2,252.00 | $1,576.40 | $675.60 |
| | DEPENDABLE | | $ 1,100.00 | $770.00 | $330.00 |
| INSURANCE | AUTO | | $ 82.00 | $57.40 | $24.60 |
| | | | | | |
| MISCL | | | $ 600.00 | $420.00 | $180.00 |
| SPRINT | PHONE | | $ 700.00 | $490.00 | $210.00 |
| ACCOUNTING | | | $ 900.00 | $630.00 | $270.00 |
| AT&T | | | $ 255.00 | $178.50 | $76.50 |
| COMED | | | $ 160.00 | $112.00 | $48.00 |
| REPAIRS APPLIANCES | | | $ 200.00 | $140.00 | $60.00 |
| PAINTING & DÉCOR | | | $ 800.00 | $560.00 | $240.00 |
| OFFICE HEAT | | | $ 125.00 | $87.50 | $37.50 |
| ADVERTISING | | | $ 250.00 | $175.00 | $75.00 |
| GIFT BASKETS | | | $ 100.00 | $70.00 | $30.00 |
| NEWSLETTER | | | $ 160.00 | $112.00 | $48.00 |
| AUTO GAS | | | $ 250.00 | $175.00 | $75.00 |
| OFFICE SUPPLIES | | | $ 150.00 | $105.00 | $45.00 |
| CLEANING MATERIALS | | | $ 300.00 | $210.00 | $90.00 |
| TOTAL | | | $ 8,384.00 | $5,868.80 | $2,515.20 |

EXHIBIT A

Case 10-33276    Doc 20    Filed 08/24/10    Entered 08/25/10 07:02:39    Desc Main
Document    Page 9 of 14

## CHASE PROPERTIES 8-1-10

| PROPERTY, DESCRIPTION | NTHLY MORTGA | PROPERTY TAX | INSURANCE | SCAVANGER | GAS | ELECTRIC | WATER | AT&T | SEWER | ALARMS | TOTAL | RENT ROLL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 920 GRAND AVENUE (6 ur | $1,673.44 | $1,137.00 | $56.33 | $71.00 | $0.00 | $80.00 | $89.00 | $88.00 | $37.00 | $82.00 | $3,313.77 | $3,755.00 |
| 2625 CORNELIA (12 units) | $2,883.00 | $1,557.25 | $131.00 | $103.00 | $579.00 | $185.00 | $257.00 | $0.00 | $145.00 | $0.00 | $5,840.25 | $6,818.00 |
| 927 GRAND AVENUE (8 units) | $2,211.00 | $1,388.00 | $108.83 | $263.17 | $0.00 | $188.00 | $122.00 | $88.00 | $41.00 | $82.00 | $4,492.00 | $4,600.00 |
| 1206 BROOKSIDE (24 units) | $8,277.08 | $5,047.00 | $477.50 | $272.04 | $0.00 | $639.00 | $510.00 | $0.00 | $171.00 | $82.00 | $15,475.62 | $18,285.00 |
| 1725 SUNSET (6 Units) | $1,852.00 | $993.00 | $56.75 | $78.65 | $0.00 | $45.00 | $78.00 | $87.00 | $43.00 | $85.00 | $3,318.40 | $3,805.00 |
| 1725 TWIN OAKS 5(2bdrms) & | $5,124.00 | $2,947.00 | $102.17 | $288.80 | $1,809.00 | $130.00 | $450.00 | $0.00 | $125.00 | $82.00 | $11,057.97 | $12,970.00 |
| FRANKLIN & GENESEE |  |  |  |  |  |  |  |  |  |  |  |  |
| MAPLE POINT (41 Units) | $11,858.00 | $5,881.00 | $347.00 | $401.50 | $2,689.00 | $416.00 | $1,239.00 | $0.00 | $329.95 | $0.00 | $23,161.45 | $28,470.00 |
| MONROE & DREW |  |  |  |  |  |  |  |  |  |  |  |  |
| 2635 CORNELIA (9 Units) | $2,461.00 | $1,554.00 | $91.00 | $72.50 | $0.00 | $209.00 | $161.00 | $88.00 | $50.00 | $82.00 | $4,768.50 | $6,015.00 |
| 2713 CORNELIA (9 Units) | $3,093.00 | $1,657.00 | $104.33 | $72.50 | $31.00 | $230.00 | $130.00 | $88.00 | $36.00 | $82.00 | $5,523.83 | $7,200.00 |
| TOTAL | $39,432.52 | $22,161.25 | $1,474.91 | $1,623.16 | $5,108.00 | $2,122.00 | $3,036.00 | $439.00 | $977.95 | $577.00 | $76,951.79 | $91,918.00 |
| RENT ROLL |  |  |  |  |  |  |  |  |  |  | $91,918.00 |  |
| OPERATING EXPENSES |  |  |  |  |  |  |  |  |  |  | $76,951.79 |  |
| EXPENSES |  |  |  |  |  |  |  |  |  |  | $5,868.80 |  |
| NET PROFIT |  |  |  |  |  |  |  |  |  |  | $9,097.41 |  |