UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10-33276 |
| | ) | |
| FOREVER CONSTRUCTION, INC. | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

## FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL AND TO MAKE ADEQUATE PROTECTION PAYMENTS

At Chicago, Illinois this 14th day of October, 2010, before the Honorable Jack B. Schmetterer, Bankruptcy Judge, in the said District and Division.

This matter coming on for hearing on the motion of the Debtor and Debtor-In-Possession, FOREVER CONSTRUCTION, INC., for authority to use cash collateral and to make adequate protection payments pursuant to 11 U.S.C. § 363; due notice having been served upon all parties in interest; the Court having jurisdiction and being fully advised in the premises.

**NOW THEREFORE IT IS HEREBY ORDERED** as follows:

1. That the Debtor and Debtor-In-Possession, FOREVER CONSTRUCTION, INC. be, and hereby is, authorized to use cash collateral pursuant to 11 U.S.C. § 363 as described in the instant motion.

2. That the Debtor and Debtor-In-Possession be, and hereby is, authorized to make adequate protection payments to the various mortgagees scheduled on Exhibit A attached hereto and made a part hereof, until further order of Court.

3. That the Debtor and Debtor-In-Possession be, and hereby is, authorized to use the cash collateral to operate its business and pay the necessary expenses as disclosed on Exhibit B attached hereto and made a part hereof, until further order of Court.

4.   That the mortgagees identified in Exhibit A attached hereto and made a part hereof, be and hereby are, granted a post-petition security interest in the rents generated by each of the properties described therein to the extent of the pre-petition lien of each mortgagee and limited to protection against diminution in value of each mortgagee's secured claim as of the date of filing of the petition.

5.   That nothing in this order shall be construed to limit any party's right to file motions seeking to modify this order or any future cash collateral order or requesting different or additional relief under any of the provisions of Title 11, United States Code.

ENTER

_____
Bankruptcy Judge

Joel A. Schechter
Attorney No. 03122099
Law Offices of Joel A. Schechter
53 W. Jackson Blvd., Suite 1522
Chicago, IL 60604
312-332-0267

10/14/10

| Property Description | Mortgagee | Monthly Payment | Approximate Balance Due |
|---|---|---|---|
| 908-06 Belvidere Waukegan, IL | Norstates Bank | $ 880.00 | $ 117,068.00 |
| 2721-23 Clearview Waukegan, IL | Norstates Bank | $1,060.00 | $ 134,490.00 |
| 417 Keller Waukegan, IL | Norstates Bank | $ 886.00 | $ 103,371.00 |
| 315 Martin Luther King Waukegan, IL | Norstates Bank | $ 658.00 | $ 79,259.00 |
| 1900 Greenwood Waukegan, Il | Norstates Bank | $ 941.00 | $ 113,227.00 |
| 2226 Northern Ave. Waukegan, IL | Norstates Bank | $ 790.00 | $ 95,067.00 |
| 216 Liberty Waukegan, IL | Norstates Bank | $ 508.00 | $ 61,066.00 |
| 321 Oak Waukegan, Il | Norstates Bank | $ 672.00 | $ 80,879.00 |
| 4157 Brentwood Waukegan, IL | Norstates Bank | $ 643.08 | $ 85,707.00 |
| 1819 Jackson Waukegan, IL | Libertyville Bank & Trust Co. | $2,040.71 | $ 141,555.00 |
| 438-440 Franklin Waukegan, IL | Libertyville Bank & Trust Co. | $3,329.92 | $ 291,196.00 |
| 3006 Sunset Waukegan, IL | Libertyville Bank & Trust Co. | $2,070.84 | $ 224,754.00 |
| 308-310 Belvidere Waukegan, IL | Libertyville Bank & Trust Co. | $1,775.56 | $ 137,928.00 |
| Genesee & Water Streets Waukegan, IL | Community Investment Corporation | $7,935.00 | $ 747,000.00 |

EXHIBIT A

| Property Description | Mortgagee | Monthly Payment | Approximate Balance Due |
|---|---|---|---|
| 37783 De Woody Waukegan, IL | Libertyville Bank & Trust Co. | $1,816.90 | $ 122,681.00 |
| 2737 Clearview Waukegan, IL | Norstates Bank | $ 850.00 | $ 114,203.00 |
| Additional note secured by all of the properties pledged to Libertyville | | $1,544.94 | |
| Additional note secured by SUNSET which provided funds to pay taxes | | $1,966.36 | |

| REVER CONSTRUCTION BUDGET | | | | CHASE | NON-CHASE |
|---|---|---|---|---|---|
| LARIES | | | | | |
| NANCY | $300X 4.3 | $ | 1,300.00 | $910.00 | $390.00 |
| PEDRO | 600 X 4.33 | $ | 2,598.00 | $1,818.60 | $779.40 |
| MARIA | | $ | 2,500.00 | $1,750.00 | $1,225.00 |
| | | | | | |
| 3'S | | | | | |
| ORLANDO | | $ | 2,252.00 | $1,576.40 | $675.60 |
| DEPENDABLE | | $ | 1,100.00 | $770.00 | $330.00 |
| URANCE | AUTO | $ | 82.00 | $57.40 | $24.60 |
| CL | | $ | 600.00 | $420.00 | $180.00 |
| INT | PHONE | $ | 700.00 | $490.00 | $210.00 |
| OUNTING | | $ | 900.00 | $630.00 | $270.00 |
| T | | $ | 255.00 | $178.50 | $76.50 |
| MED | | $ | 160.00 | $112.00 | $48.00 |
| AIRS APPLIANCES | | $ | 200.00 | $140.00 | $60.00 |
| NTING & DÉCOR | | $ | 800.00 | $560.00 | $240.00 |
| ICE HEAT | | $ | 125.00 | $87.50 | $37.50 |
| ERTISING | | $ | 250.00 | $175.00 | $75.00 |
| BASKETS | | $ | 100.00 | $70.00 | $30.00 |
| VSLETTER | | $ | 160.00 | $112.00 | $48.00 |
| O GAS | | $ | 250.00 | $175.00 | $75.00 |
| ICE SUPPLIES | | $ | 150.00 | $105.00 | $45.00 |
| ANING MATERIALS | | $ | 300.00 | $210.00 | $90.00 |
| AL | | $ | 8,384.00 | $5,868.80 | $2,515.20 |

EXHIBIT B

| PROPERTY, DESCRIPTION | NTHLY MORTGA | PROPERTY TAX | INSURANCE | SCAVANGE | GAS | ELECTRIC | WATER | AT&T | SEWER | ALARMS | TOTAL | RENT ROLL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9)1819 JACKSON (2) | $1,125.00 | $569.00 | $106.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,800.67 | $1,665.00 |
| 12) 438-440 FRANK (4) | $2,172.00 | $739.00 | $126.16 | $87.00 | $75.00 | $25.00 | $60.00 | $0.00 | $22.00 | $82.00 | $3,388.16 | $2,057.00 |
| 13)3006 SUNSET S/F | $1,170.00 | $451.00 | $42.50 | $0.00 | $0.00 | $0.00 | $35.00 | $0.00 | $7.00 | $0.00 | $1,705.50 | $1,000.00 |
| 15) 308-310 BELVIDERE | $1,266.00 | $355.00 | $76.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,697.00 | $2,400.00 |
| 16) GENESEE & WATER | $7,935.00 | $0.00 | $0.00 | $358.27 | $468.00 | $1,220.00 | $485.00 | $0.00 | $123.00 | $82.00 | $10,671.27 | $14,340.00 |
| 21)37783 DEWODY | $975.00 | $533.00 | $30.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,538.50 | $1,350.00 |
| 22)2737 CLEARVIEW (2 U | $850.00 | $437.00 | $46.92 | $0.00 | $0.00 | $0.00 | $50.00 | $0.00 | $22.00 | $0.00 | $1,405.92 | $1,550.00 |
| 23)908-06 BELVIDERE (2 | $880.00 | $488.00 | $75.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,443.00 | $1,600.00 |
| 24)2721-23 CLEARVIEW ( | $1,060.00 | $698.50 | $38.83 | $0.00 | $0.00 | $0.00 | $51.00 | $0.00 | $23.00 | $0.00 | $1,871.33 | $2,017.00 |
| 25)417 KELLER S/F | $886.00 | $421.00 | $42.75 | $0.00 | $0.00 | $0.00 | $28.00 | $0.00 | $6.00 | $0.00 | $1,383.75 | $925.00 |
| 27)315 MLK S/F | $658.00 | $233.00 | $39.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $930.33 | $750.00 |
| 28)1900 GREENWOOD S/ | $941.00 | $435.00 | $33.92 | $0.00 | $85.00 | $0.00 | $39.00 | $0.00 | $13.00 | $0.00 | $1,461.92 | $750.00 |
| 29)2226 NORTHERN S/F | $790.00 | $337.50 | $28.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,155.92 | $775.00 |
| 30)216 LIBERTY S/F | $508.00 | $215.00 | $41.92 | $0.00 | $0.00 | $0.00 | $25.00 | $0.00 | $6.00 | $0.00 | $880.92 | $700.00 |
| 31)321 OAK S/F | $672.00 | $323.00 | $60.17 | $0.00 | $0.00 | $0.00 | $45.00 | $0.00 | $8.89 | $0.00 | $1,109.06 | $884.00 |
| 32) 35 JEFFERSON S/F | $650.00 | $116.50 | $38.00 | $0.00 | $0.00 | $0.00 | $12.50 | $0.00 | $8.50 | $0.00 | $825.50 | $1,300.00 |
| 35)4157 BRENTWOOD S/ | $643.08 | $331.00 | $33.50 | $0.00 | $0.00 | $0.00 | $28.00 | $0.00 | $6.00 | $0.00 | $1,041.58 | $1,050.00 |
| 26)37211 FROLIC S/F | $645.00 | $358.00 | $22.72 | $0.00 | $0.00 | $0.00 | $35.00 | $0.00 | $7.28 | $0.00 | $1,068.00 | $1,000.00 |
| 32)1735 SUNSET (2 Units) | $1,055.00 | $375.00 | $56.67 | $0.00 | $410.00 | $0.00 | $75.00 | $0.00 | $23.00 | $0.00 | $1,994.67 | $1,785.00 |
| 33)216-226 GENESEE MI> | $1,445.00 | $846.00 | $156.33 | $0.00 | $0.00 | $0.00 | $182.00 | $0.00 | $70.00 | $0.00 | $2,699.33 | $2,840.00 |
| TOTAL | $26,326.08 | $8,261.50 | $1,096.31 | $445.27 | $1,038.00 | $1,245.00 | $1,150.50 | $0.00 | $345.67 | $164.00 | $40,072.33 | $40,738.00 |

| | |
|---|---|
| RENTS | $40,738.00 |
| EXPENSES | $40,072.33 |
| OPERATNG EXPENSE | $2,515.20 |
| NET | -$1,849.53 |