UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.: 10-33276
FOREVER CONSTRUCTION, INC.   )
   )   Chapter: 11
   )
   )   Honorable Jack B. Schmetterer
   )
   )
Debtor(s)   )

**ORDER EXTENDING EXCLUSIVE PERIOD FOR DEBTOR TO FILE CHAPTER 11 PLAN AND DISCLOSURE STATEMENT**

At Chicago, Illinois, this 12th day of May, 2011, before the Honorable Jack B. Schmetterer, Bankruptcy Judge, in the said District and Division.

This matter coming on for hearing on the motion of the Debtor, Forever Construction, Inc., for the entry of an order extending the exclusive period within which the Debtor has to file its plan and disclosure statement; due notice having been served upon all parties in interest; the Court having jurisdiction and being fully advised in the premises.

NOW, THEREFORE, it is hereby ordered that the exclusive period within which the Debtor has to file its plan of reorganization be, and hereby is, extended to and including June 17, 2011.

IT IS FURTHER ORDERED that the time within which the Debtor has to file a disclosure statement be, and hereby is, extended to and including June 17, 2011.

IT IS FURTHER ORDERED that the time within which the Debtor has to solicit acceptances of its plan of reorganization be, and hereby is, extended to and including August 16, 2011, as a final extension.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

MAY 12 2011

Dated: 5/12/11

**Prepared by counsel of Movant:**

Joel A. Schechter
Attorney No. 03122099
Law Offices of Joel A. Schechter
53 W. Jackson Blvd., Suite 1522
Chicago, IL 60604; (312) 332-0267

Rev: 20101008_bko