UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10-33276 |
| | ) | |
| FOREVER CONSTRUCTION, INC., | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor | ) | Chapter 11 |

## NOTICE OF MOTION

To:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on the 5th day of August, 2013, at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer in Courtroom 682 in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, or before any other Bankruptcy Judge who may be presiding in said Judge's place and stead, and shall then and there move the Court for the entry of an order in accordance with the attached motion at which time you may appear if you so desire.

/s/ Joel A. Schechter

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and says that he served the above and foregoing notice and attached motion on the parties on attached service list via first class mail, postage prepaid, on the 8th day of July, 2013, before the hour of 6:00 p.m. from 53 W. Jackson Blvd., Chicago, Illinois 60604.

/s/ Joel A. Schechter

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, Illinois  60604; (312) 332-0267

Alfreda Fitzpatrick
1919 N. Lewis Avenue
Waukegan, IL 60085

American Express
Box 0001
Los Angeles, CA 90096-0001

Bell Awnings, Inc.d/b/a Lk Shore Aw
c/o Thomas B. Hood
4343 Old Grand Ave., Suie 108
Gurnee, IL

Bell Heating & Air
14405 Jody Lane
Wadsworth, IL 60083

C & T Windows
Linder & Linder Ltd.
150 S. Wacker Drive, Suite 650
Chicago, IL 60606

CAA Finance, LLC
559 Roger Williams Avenue
Highland Park, IL 60035

Chase
400 East Main Street
CA1-4693
Stockton, CA 95202

Community Investment Corporation
222 S. Riverside Plaza, Suite 220
Chicago, IL 60606-6101

Credit Protection Assoc., LP
400 West Lake Street, Suite 111
P.O. Box 72849
Roselle, IL 61072-0849

Dover Building Supplies
430 Kelly Drive
Park City, IL 60085

Grubb Stake Properties II
c/o Swanson Martin & Bell LLP
2525 Cabot Drive, Suite 204
Lisle, IL 60532

Home Depot
P.O. Box 6029
The Lakes, NV 88901-6029

HSBC Business Solutions
P.O. Box 5219
Carol Stream, IL 60197-5219

Jorge & Juana Maria Torres
2912 Cypress Point
Wadsworth, IL 60083

Patrick S. Layng, U.S. Trustee
219 South Dearborn Street
Room 873
Chicago, IL 60604

JP Morgan Chase Bank, N.A.
c/o John K. Kallman
221 N. LaSalle Street, Suite 1200
Chicago, IL 60601-1305

William J. Connelly
Hinshaw & Culbertson LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601

Stephen Martin
4212 Old Grand Avenue
Suite 103
Gurnee, IL 60031

Kone, Inc.
Wiedner & McAullife, Ltd.
One North Franklin, Suite 1900
Chicago, IL 60606

Kupets & DeCaro, P.C.
30 N. LaSalle Street
Suite 4020
Chicago, IL 60602

Joseph E. Cohen
105 West Madison St.
Suite 1100
Chicago, IL 60602

Lake County Treasurer
18 N. County St.
Room 102
Waukegan, IL 60085

Libertyville Bank & Trust
507 North Milwaukee Ave.
Libertyville, IL,

Manhardt Consulting
900 Woodland
Vernon Hills, IL 60061

Medardo Torres
819 Jackson
Waukegan, IL 60085

Norstates Bank
P.O. Box 39
Waukegan, IL 60085-0039

Sears
P.O. Box 630859
Des Moines, IA 50368-9131

Southport Mechanical, LLC
c/o Trobe Babowice & Associates LLC
404 West Water Street
Waukegan, IL 60085

Stanphil Electric
339 Fairhaven Dr.
Winthrop Harbor, IL 60096

Michael L. Sherman
120 S. LaSalle St., Suite 1460
Chicago, IL 60603

U.S. Energy
35190 Eagle Way
Chicago, IL 60678-1351

United Rental
P.O. Box 503330
Saint Louis, MO 63150-3330

Scott D.H. Redman
Crowley Barrett & Karraba, Ltd.
20 S. Clark St., Suite 2310
Chicago, IL 60603

Traditional Concrete
P.O. Box 9279
Waukegan, IL 60087

Forever Construction, Inc.
222 North Genesee, Suite 205
Waukegan, IL 60085

Richard G. Douglass
Novak & Macey, LLP
100 N. Riverside Plaza
Chicago, IL 60606

Waukegan Savings Bank
1324 Golf Road
Waukegan, IL 60087

Gary & Julie Eckard
2209 Briar Lane
Lindenhurst, IL 60046

Hauselman Rappin & Olswang, Ltd.
39 S. LaSalle St., Suite 1105
Chicago, IL 60603

Konstantinos Armiros
Arnstein & Lehr, LLP
120 S. Riverside Plaza
Suite 1200
Chicago, IL 60606

Weidner & McAuliffe, Ltd.
One North Franklin St.
Suite 1900
Chicago, IL 60606

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 10-33276 |
| | ) | |
| FOREVER CONSTRUCTION, INC. | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor and Debtor-in-Possession | ) | Chapter 11 |

### MOTION OF DEBTOR, FOREVER CONSTRUCTION, INC., FOR ENTRY OF FINAL DECREE TO CLOSE CHAPTER 11 CASE

Now Comes the Debtor and Debtor-in-Possession, Forever Construction, Inc. ("Debtor"), by and through its attorney, Joel A. Schechter of the Law Offices of Joel A. Schechter, and moves the Court pursuant to 11 U.S.C. §350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure for the entry of a final decree closing the bankruptcy case, and in support thereof states as follows:

1. On July 27, 2010, the Debtor filed a voluntary petition pursuant to Chapter 11 of Title 11, United States Code ("Case").

2. On March 22, 2012, an order was entered confirming the Debtor's second amended Chapter 11 plan of reorganization ("Plan").

3. The Plan provided for payment to eleven (11) classes of claims and interests. Classes 1-8 contain the allowed secured claims of various lenders secured by mortgages on various parcels of real estate. Class 1 is the allowed secured claim of Libertyville Bank & Trust Co., Class 2 is the allowed secured claim of NorStates Bank, Class 3 is the allowed secured claim of Community Investment Corp., Class 4 is the allowed secured claim of CAA Finance, LLC, Class 5 is the allowed secured claim of JP Morgan Chase Bank, Class 6 is the allowed secured

claim of SPCP Group V, LLC, Class 7 is the allowed secured claim of Waukegan Savings Bank, and Class 8 is the allowed secured claim, if any, of pre-petition real estate taxes.

4. Classes 5-7 were satisfied by the surrender of the parcels of real estate standing as security for the loans made by those lenders. Class 5 claimant, JP Morgan Chase Bank, received the property commonly known as 125-129 Franklin Street/521-523 Genesee Street, Waukegan, IL in full satisfaction of its secured claim. The real properties commonly known as 920 Grand Avenue, 927 Grand Avenue, 1206 Brookside Avenue, 1725 Sunset Avenue, 2625-2629 W. Cornelia, and 116-124 Drew Lane/2645-2647 W. Monroe Street, all located in Waukegan, IL, were surrendered to Class 6 claimant, SPCP Group V, LLC, in full satisfaction of its secured claims. The real property commonly known as 131-133 S. Genesee Street, Waukegan, IL was surrendered to Waukegan Savings Bank in full satisfaction of its secured claim.

5. All of the rest of the secured lenders (Classes 1-4) are to be paid in accordance with the various loan documents executed by the Debtor, as amended from time to time, in monthly installments of principal and interest and monthly escrow payments for insurance and real estate taxes. The Debtor has been making all of its required monthly payments of principal and interest and escrow payments in the amounts required under the various loan documents to Class 1 claimant, Libertyville Bank & Trust, Class 2 claimant, NorStates Bank, Class 3 claimant, Community Investment Corp., and Class 4 claimant, CAA Finance, LLC.

6. At the date of confirmation of the Plan, the Debtor did not owe any real estate taxes and, therefore, no payments were required to Class 8 claimant, Lake County Treasurer, payee of real estate tax claims.

7. Class 9 consists of any claims of tenants of the various parcels of property. There

were no pre-petition claims of tenants other than the security deposits that were in existence at the date of filing. Any tenant who moved out prior to the filing of the Case received his or her security deposit, unless the same was retained for unpaid rent or damage to any unit and any tenants that may have moved out subsequent to the date of filing of the Case has received his or her security deposit, unless the same was retained for unpaid rent or damage to any unit.

8. In addition to the foregoing, the Plan calls for a distribution to general unsecured creditors (Class 10) holding estimated claims in the amount of $1,155,683.00, subject to certain pending claims objections, in an amount estimated to be between 4.98% and 23.55%, to be paid, on a pro rata basis, in monthly installments, of total net income generated by the Debtor over the next five (5) years. Subsequent to the resolution of pending claims objections, it has been determined that the general unsecured claims total $1,172,496.20, including the disputed claim of Traditional Concrete/Insurance Corp. in the amount of $827,984.48. The stay was lifted to allow the Circuit Court of the Nineteenth Judicial Circuit to complete the trial of the pending action of Traditional Concrete/Insurance Corp. against the Debtor. Payments are being escrowed by the Debtor pending adjudication of the claim in state court. If the Debtor is successful, then the monies allocated to this claim will be redistributed to the other claimants in Class 10. The net income to be distributed to Class 10 claimants is $10,519.92 for year 1, $17,634.12 for year 2, $22,161.72 for year 3, $22,161.72 for year 4, and $24,915.72 for year 5.
The Debtor has made all required payments under the Plan for Class 10.

9. The Class 11 claimants are the shareholders of the Debtor who will retain ownership of the outstanding common stock in the Reorganized Debtor for a cash contribution of $2,500.00, to be paid in monthly installments over twenty-four (24) months.

10. Pursuant to Rule 3022-1 of the Local Bankruptcy Rules, the Debtor hereby alleges

that it is in full compliance with the Plan as follows:

    a. The Debtor is current in its monthly obligations to the Class 1-4 claimants.

    b. The Debtor has surrendered the various parcels of real estate to claimants in Classes 5-7.

    c. No payments were due to the claimants in Classes 8 and 9.

    d. The Debtor is current in its monthly obligations to the claimants in Class 10.

WHEREFORE, the Debtor, Forever Construction, Inc. prays the Honorable Court enter a final decree closing the Chapter 11 case and for such other and further relief as the Court may deem just and proper.

    Respectfully submitted,

    Forever Construction, Inc., Debtor
    and Debtor-in-Possession


    By: __Joel A. Schechter__
          Its Attorney

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, IL 60604; (312) 332-0267