UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 10-33276 |
| FOREVER CONSTRUCTION, INC., | ) |
| | ) Honorable Jack B. Schmetterer |
| | ) |
| Debtor | ) Chapter 11 |
| | ) |

## NOTICE OF MOTION

To: See Attached Service List

**PLEASE TAKE NOTICE** that on the 23rd day of January, 2014, at 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer, in Courtroom 682 in the United States Courthouse, 219 South Dearborn, Chicago, Illinois, or before any other Judge who may be presiding in said Judge's place and stead, and move the Court for the entry of an order in accordance with the attached application for compensation and reimbursement of expenses, at which time you may appear if you so desire.

/s/ Joel A. Schechter

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and says that he served the above and foregoing notice and attached application on the above parties via first class mail, postage prepaid, on the 29th day of December, 2013, before the hour of 6:00 p.m. from 53 West Jackson Boulevard, Chicago, Illinois, 60604.

/s/ Joel A. Schechter

Joel A. Schechter
Attorney No. 03122099
Law Offices of Joel A. Schechter
53 W. Jackson Blvd., Suite 1522
Chicago, IL 60604; (312) 332-0267

Alfreda Fitzpatrick
1919 N. Lewis Avenue
Waukegan, IL 60085

American Express
Box 0001
Los Angeles, CA 90096-0001

Bell Awnings, Inc.d/b/a Lk Shore Aw
c/o Thomas B. Hood
4343 Old Grand Ave., Suie 108
Gurnee, IL

Bell Heating & Air
14405 Jody Lane
Wadsworth, IL 60083

C & T Windows
Linder & Linder Ltd.
150 S. Wacker Drive, Suite 650
Chicago, IL 60606

CAA Finance, LLC
559 Roger Williams Avenue
Highland Park, IL 60035

Chase
400 East Main Street
CA1-4693
Stockton, CA 95202

Community Investment Corporation
222 S. Riverside Plaza, Suite 220
Chicago, IL 60606-6101

Credit Protection Assoc., LP
400 West Lake Street, Suite 111
P.O. Box 72849
Roselle, IL 61072-0849

Dover Building Supplies
430 Kelly Drive
Park City, IL 60085

Grubb Stake Properties II
c/o Swanson Martin & Bell LLP
2525 Cabot Drive, Suite 204
Lisle, IL 60532

Home Depot
P.O. Box 6029
The Lakes, NV 88901-6029

HSBC Business Solutions
P.O. Box 5219
Carol Stream, IL 60197-5219

Jorge & Juana Maria Torres
2912 Cypress Point
Wadsworth, IL 60083

Patrick S. Layng, U.S. Trustee
219 South Dearborn Street
Room 873
Chicago, IL 60604

JP Morgan Chase Bank, N.A.
c/o John K. Kallman
221 N. LaSalle Street, Suite 1200
Chicago, IL 60601-1305

William J. Connelly
Hinshaw & Culbertson LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601

Stephen Martin
4212 Old Grand Avenue
Suite 103
Gurnee, IL 60031

Kone, Inc.
Wiedner & McAullife, Ltd.
One North Franklin, Suite 1900
Chicago, IL 60606

Kupets & DeCaro, P.C.
30 N. LaSalle Street
Suite 4020
Chicago, IL 60602

Joseph E. Cohen
105 West Madison St.
Suite 1100
Chicago, IL 60602

Lake County Treasurer
18 N. County St.
Room 102
Waukegan, IL 60085

Libertyville Bank & Trust
507 North Milwaukee Ave.
Libertyville, IL,

Manhardt Consulting
900 Woodland
Vernon Hills, IL 60061

Medardo Torres
819 Jackson
Waukegan, IL 60085

Norstates Bank
P.O. Box 39
Waukegan, IL 60085-0039

Sears
P.O. Box 630859
Des Moines, IA 50368-9131

Southport Mechanical, LLC
c/o Trobe Babowice & Associates LLC
404 West Water Street
Waukegan, IL 60085

Stanphil Electric
339 Fairhaven Dr.
Winthrop Harbor, IL 60096

Michael L. Sherman
120 S. LaSalle St., Suite 1460
Chicago, IL 60603

| | | |
|---|---|---|
| U.S.Energy<br>35190 Eagle Way<br>Chicago, IL 60678-1351 | United Rental<br>P.O. Box 503330<br>Saint Louis, MO 63150-3330 | Scott D.H. Redman<br>Crowley Barrett & Karraba, Ltd.<br>20 S. Clark St., Suite 2310<br>Chicago, IL 60603 |
| Traditional Concrete<br>P.O. Box 9279<br>Waukegan, IL 60087 | Forever Construction, Inc.<br>222 North Genesee, Suite 205<br>Waukegan, IL 60085 | Richard G. Douglass<br>Novak & Macey, LLP<br>100 N. Riverside Plaza<br>Chicago, IL 60606 |
| Waukegan Savings Bank<br>1324 Golf Road<br>Waukegan, IL 60087 | Gary & Julie Eckard<br>2209 Briar Lane<br>Lindenhurst, IL 60046 | Hauselman Rappin & Olswang, Ltd.<br>39 S. LaSalle St., Suite 1105<br>Chicago, IL 60603 |
| Konstantinos Armiros<br>Arnstein & Lehr, LLP<br>120 S. Riverside Plaza<br>Suite 1200<br>Chicago, IL 60606 | | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 10-33276 |
| | ) | |
| FOREVER CONSTRUCTION, INC. | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor | ) | Chapter 11 |

## FIRST AND FINAL FEE APPLICATION OF JOEL A. SCHECHTER, COUNSEL FOR THE DEBTOR, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Now Comes Joel A. Schechter of the Law Offices of Joel A. Schechter ("JAS"), Counsel for the Debtor and Debtor-in-Possession, Forever Construction, Inc. ("Debtor"), and as and for his first and final application for compensation and reimbursement of expenses, states as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §1334 and Internal Operating Procedure 15(a) of the Northern District of Illinois.

2. Venue of this matter is placed in the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §1409.

3. This is a core matter pursuant to 28 U.S.C. §157(b)(1) and (2)(A) and, therefore, the Court can enter a final judgment or order.

### Basis for Relief

4. The statutory basis for the relief requested herein is contained in 11 U.S.C. §§327 and 330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

### Background

5. On July 27, 2010, the Debtor filed a voluntary petition pursuant to Chapter 11 of Title 11, United States Code.

6. On August 31, 2010, the Debtor filed its application to employ JAS as counsel pursuant to 11 U.S.C. §327.

7. On September 7, 2010, this Honorable Court entered an order granting the Debtor's application to employ JAS as counsel, retroactive to July 27, 2010.

8. On June 20, 2011, the Debtor filed its Chapter 11 plan of reorganization and disclosure statement.

9. On January 12, 2012, the Debtor filed its first amended Chapter 11 plan of reorganization and its first amended disclosure statement.

10. On February 8, 2012, the Debtor filed its second amended Chapter 11 plan of reorganization and its second amended disclosure statement.

11. On March 22, 2012, this Honorable Court entered an order approving the adequacy of the second amended disclosure statement and confirming the second amended plan of reorganization.

## Summary of Compensation Request

12. JAS received a pre-petition retainer in the amount of $15,000.00, and the sum of $1,039.00 as and for the filing fee.

13. During the course of administration of this case, JAS expended a total number of 112.90 hours. JAS' hourly rate at the time the services were rendered was $350.00. JAS is a sole practitioner and, accordingly, performed all work described herein and in the time sheet appended hereto. JAS is requesting the Court allow compensation in the amount of $39,515.00.

14. Attached hereto as Exhibit A and made a part hereof is a detailed time sheet of services rendered by JAS including the date of services rendered, the services rendered and the time expended thereon.

15. The services rendered are categorized in the following categories:

(a) Case Administration.

JAS rendered the total sum of 46.40 hours for services rendered in connection with what is designated herein as case administration.

(b) Motions to Modify Stay

JAS rendered the total sum of 15.25 hours for services rendered in connection with various motions to modify stay. One motion was contested and set for evidentiary hearing prior to the parties entering into an agreement to resolve the motion.

(c) Motion to Sell Assets

JAS rendered the total sum of 4.25 hours for services in connection with the sale of certain real property.

(d) Plan and Disclosure statement.

JAS rendered the total sum of 30.25 hours with regard to preparing and filing the Debtor's plan and disclosure statement, first amended plan and first amended disclosure statement, and second amended plan and second amended disclosure statement and attending court hearings with respect to the plan and disclosure statement.

(e) Claims Objections

JAS rendered the total sum of 8.00 hours in connection with various claims objections.

(f) Post-Confirmation Matters

JAS rendered the total sum of 8.75 hours with regard to post-confirmation matters including, but not limited to, the preparation and filing of the instant fee application and the motion for the entry of a final decree.

16. Attached hereto as Exhibit B and made a part hereof is a detailed list of expenses for which JAS seeks reimbursement.

17. JAS seeks allowance of compensation in the total amount of $39,515.00 and reimbursement of expenses in the total amount of $1,938.98. This is the first and final fee application and no previous fee applications have been filed by JAS.

18. After crediting the Debtor for the pre-petition retainer in the amount of $16,039.00, including the filing fee, JAS requests that the Debtor be authorized to pay an additional $24,515.00 in fees and $899.98 in reimbursement of expenses for a total payment of $25,414.98.

19. Pursuant to Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure, twenty-one (21) days notice of the application for compensation and reimbursement of expenses has been provided to the Debtor, all creditors and other parties in interest.

WHEREFORE, Joel A. Schechter of the Law Offices of Joel A. Schechter, counsel for the Debtor, prays the Honorable Court enter an order allowing compensation in the amount of $39,515.00 and reimbursement of expenses in the amount of $1,938.98 and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Forever Construction, Inc., Debtor

By: ___Joel A. Schechter___
    Its Attorney

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, IL  60604; (312) 332-0267